IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spencer-Douglas, Windy

Printed: 6/3/08

Case Number: 08 B 01506
Judge: Goldgar, A. Benjamin
Filed: 1/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Islander Condominium Of Blue Island | Secured | 3,000.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 10,432.56 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 112.43 | 0.00 |
| 5. | Shoppers Charge Accounts | Unsecured | 56.73 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 4.30 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 15.55 | 0.00 |
|  |  |  | $ 13,621.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

